IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FRANK G. GREEN,** | Case No. 2:23-cv-01066 KJN P |
| Plaintiff, | **ORDER GRANTING DEFENDANT'S MOTION TO OPT OUT OF POST-SCREENING EARLY ADR** |
| v. | |
| **ALIASGHAR MOHYUDDIN,** | |
| Defendant. | |

Counsel for Defendant Mohyuddin filed a motion to opt out of post-screening early ADR on the grounds that, after investigating Plaintiff Frank Green's claims, speaking with Plaintiff, and conferring with his supervisors, defense counsel is of the opinion that an early settlement conference would not be a productive use of the Court's time.  Having read and considered Defendant's motion, the Court finds that good cause exists to grant the request.

**IT IS HEREBY ORDERED** that:

1. Defendant's request to opt out of post-screening early ADR (ECF No. 13) is granted;
2. The Clerk of the Court is directed to lift the stay in this action; and
3. Defendant shall file a response to plaintiff's complaint within thirty days of the date of this order.

////

1

Dated:  September 20, 2023

_KENDALL J. NEWMAN_
UNITED STATES MAGISTRATE JUDGE

Gr1066.ord