UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK GREEN,<br><br>          Plaintiff,<br><br>     v.<br><br>DR. MOHYUDDIN,<br><br>          Defendants. | No.  2:23-cv-1066 KJN<br><br><br>ORDER |

The Court received Defendant Mohyuddin's Ex Parte Application for Extension of Time to File an Amended Notice of Death with a proof of service.  GOOD CAUSE APPEARING, the Court GRANTS Defendant's Ex Parte Application (ECF No. 21) and extends the deadline 14 days to December 29, 2023.

 Dated:  December 20, 2023

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/gree1066.eot

1