UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK GREEN,<br><br>      Plaintiff,<br><br>   v.<br><br>DR. MOHYUDDIN,<br><br>      Defendant. | No.  2:23-cv-1066 DJC CSK P<br><br><br>ORDER |

Jonathan Green filed a motion for an extension of time to file objections to the findings and recommendations filed on April 19, 2024.  Good cause appearing, IT IS HEREBY ORDERED that:

   1. The motion for an extension of time (ECF No. 29) is granted; and

   2. Jonathan Green is granted thirty days from the date of this order in which to file objections to the finding and recommendations.


Dated:  May 13, 2024

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

gree1066.36

1